Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF APPROXIMATELY 485 CATALYTIC CONVERTERS AND OTHER PIECES OF SCRAP METAL | CASE NO. MC24-068-JNW<br><br>[PROPOSED]<br><br>**ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Second Stipulation and Motion to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. 983(a)(3)(A)*.

Having reviewed the relevant submissions, and in light of the Parties' agreement, pursuant to 18 U.S.C. 983(a)(3)(A), the Court hereby ORDERS that the Civil Asset Forfeiture Reform Act (CAFRA) deadline is hereby extended to March 31, 2025, for approximately 485 catalytic converters and other pieces of scrap metal that were seized on or about May 30, 2024 (collectively, "Subject Property").

IT IS SO ORDERED.

DATED this 21st day of January, 2025.

THE HON. JAMAL N. WHITEHEAD
United States District Court Judge

Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure of Approx. 485 Catalytic Converters*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

Presented by:

  s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
E-mail: Jehiel.Baer@usdoj.gov


  s/ Darwin P. Roberts
DARWIN P. ROBERTS
Goldfarb & Huck Roth Riojas, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: roberts@goldfarb-huck.com
*Attorneys for Claimant Kyle Lusk*

Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure of Approx. 485 Catalytic Converters*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970